■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE KAGANOVITCH, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of assault in the second degree with intent to commit sodomy, and sentencing him to imprisonment in the Sing Sing State Prison at hard labor for an indeterminate term of from one day to life. Judgment unanimously affirmed. The sentence prescribed by section 243 of the Penal Law is not "cruel and unusual" punishment within the meaning of section 5 of article I of the New York State Constitution. Neither is that statute inconsistent with the provisions of subdivision 3 of section 214 of the Correction Law. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK W. PIERCE, Appellant.— Appeal from a judgment of the County Court, Westchester County, convicting appellant, a physician, of abortion, and from the sentence and intermediate orders. Judgment reversed on the law and the facts and new trial ordered. The cross-examination of appellant as to his failure to answer questions put to him after he had been taken into custody was improper, and the introduction into evidence of People's Exhibit 8 over appellant's objection was without justification as it had no probative value and had an obviously prejudicial effect. In any event, a new trial should be had in the interests of justice. No separate appeal lies from the sentence and the intermediate orders, which have been reviewed on the appeal from the judgment. Wenzel, Beldock and Murphy, JJ., concur; Nolan, P. J., and Ughetta, J., dissent and vote to affirm.

■ STEPHEN J. RUDINK, Respondent, v. SEYMOUR S. GREAN et al., Appellants.—Appeal from a judgment entered on a verdict in favor of respondent in an action to recover damages for personal injuries. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ.

■ MOSES SCHAFRAN, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendant.— In an action to recover damages for personal injuries sustained when a bus owned and operated by appellant, on which respondent was a passenger, collided with a motor vehicle owned by defendant, the jury rendered a verdict in favor of respondent against appellant and in favor of defendant against respondent. The appeal is from the judgment entered thereon insofar as it is in favor of respondent and against appellant. Judgment, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.